**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA

vs.                                    NO. 4:95CR00260-001 SWW

WILLIAM LEON HARRIS


<u>ORDER</u>

The above entitled cause came on for hearing on government's petitions to revoke the supervised release [docs #89 & #93] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS AND ONE (1) DAY*** *in the custody of the Bureau of Prisons on each count (1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss) to run concurrently*. The Court recommends that defendant be incarcerated at Forrest City, Arkansas and that defendant participate in mental health counseling during incarceration.

There will be ***NO*** supervised release to follow.

The defendant is to report to the designated facility ***MONDAY, NOVEMBER 7, 2011 by NOON.*** The defendant shall remain on present conditions of release pending report date.

IT IS SO ORDERED this 11th day of October 2011.


/s/Susan Webber Wright

United States District Judge